IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CONTRERAS GONZALEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>USCIS, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 1:25-CV-01004- EPG<br><br>STIPULATION AND ORDER FOR TEMPORARY STAY<br><br>(ECF No. 6) |

　　　USCIS, et al. ("Defendants") respectfully request a temporary the stay in this matter, and counsel for Marcos Contreras Gonzalez ("Plaintiff") does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of his pending asylum application, which he filed in 2017. Defendants have scheduled Plaintiff's asylum interview for September 15, 2025. The parties anticipate that this lawsuit will be rendered moot once Defendants complete the adjudication of Plaintiff's application, and Defendants anticipate it will complete the adjudication within 120 days following the successful completion of Plaintiff's asylum interview. If Defendants cancel or reschedule the Plaintiff's interview, Defendants will make a good faith effort to reschedule the interview within four weeks of the initial appointment.

　　　The parties therefore stipulate that this matter be stayed through January 13, 2026. The parties further request that the scheduling conference previously set for November 18, 2025, be vacated and reset.

Respectfully submitted,

Dated:  August 26, 2025							ERIC GRANT
										United States Attorney

									By:	/s/ SHELLEY D. WEGER
										SHELLEY D. WEGER
										Assistant United States Attorney

Dated: August 26, 2025						By:	/s/ JESSICA T. ARENA
										JESSICA T. ARENA
										Counsel for Plaintiff

**ORDER**

In light of the parties' stipulation (ECF No. 6), IT IS ORDERED as follows:

1. This case is stayed until January 13, 2026. By this date, the parties shall file any appropriate dispositional document, or, alternatively, a joint status report stating how the parties intend to proceed in this case.
2. All dates and deadlines, including the initial scheduling conference set for November 18, 2025, are vacated, (ECF No. 3) to be reset at a later date if needed.

IT IS SO ORDERED.

Dated:   **August 27, 2025**            /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE