UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CONTRERAS GONZALEZ. <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH B. EDLOW, *et al.,* <br><br> Defendants. | Case No.  1:25-cv-01004-EPG <br><br> ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> (ECF No. 8, 9) |

     On October 2, 2025, Plaintiff filed a notice stating, "[u]nder Federal Rules of Civil Procedure 41(A), this action is dismissed without prejudice by the Plaintiff in its entirety." (ECF No. 8, p. 1).

     Because Defendants had made an appearance, the Court issued order that by no later than October 17, 2025, Defendants file a statement regarding whether they agree with the dismissal, or in the alternative, a stipulation signed by all parties. (ECF No. 9).

     However, upon review, Federal Rule of Civil Procedure 41(a)(1)(A) states that a notice of dismissal by the Plaintiff is effective without a court order "before the opposing party serves either an answer or a motion for summary judgment," which Defendants have not done.

     Accordingly, the Court's October 3, 2025, order (ECF No. 9) is VACATED.

     Moreover, in light of Plaintiff's Notice of Voluntary Dismissal (ECF No. 8), IT IS

ORDERED that this case be dismissed without prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**October 6, 2025**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2